UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| EDNA BRIGHT, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 4:13-cv-5 |
| v. ) | |
| ) | Judge Mattice |
| KAREN TOVES, *et al.*, ) | Magistrate Judge Carter |
| ) | |
| *Defendants*. ) | |
| ) | |

# **ORDER**

On January 16, 2013, Plaintiffs filed an application to proceed *in forma pauperis* and a *pro se* Complaint (signed by Edna Bright alone and accompanied by approximately 50 pages of attachments). (Docs. 1, 2). Insofar as a cogent claim may be divined from the Complaint, it is this: Ms. Bright asks this Court to review an underlying state court judgment and take action against a judicial officer, among others.

On April 25, 2013, United States Magistrate Judge William B. Carter filed a Report and Recommendation ("R&R") (Doc. 10) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that Plaintiffs' Complaint be dismissed with prejudice, per 28 U.S.C. § 1915(e)(2), and that their application to proceed *in forma pauperis* be denied as moot.

Ms. Bright objected to the R&R. (Doc. 11). Ms. Bright's objections are diffuse and indeterminate. To the extent she raises a discernible objection, she primarily reiterates the claims set forth in her Complaint. Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Carter's well-

reasoned and well-supported Report and Recommendation, in which he fully addressed Plaintiff's arguments.

In short, the Court has reviewed the objections, the Report and Recommendation, and the entire record in this matter. The Court agrees in whole with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact and conclusions of law. Pursuant to 28 U.S.C. § 1915(e)(2), this action is hereby **DISMISSED WITH PREJUDICE**. Plaintiffs' application to proceed *in forma pauperis* (Doc. 1) is **DENIED AS MOOT**.

**SO ORDERED** this 16th day of May, 2013.

                                           */s/ Harry S. Mattice, Jr.*
                                           HARRY S. MATTICE, JR.
                                           UNITED STATES DISTRICT JUDGE